IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| BRENNAN McNALLY, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-1104 Judge Terrence F. McVerry |
| CLIENT SERVICES, INC., | ) ) | Magistrate Judge Lisa Pupo Lenihan |
| Defendant. | ) | |

## **MEMORANDUM ORDER**

Plaintiff's Complaint was received by the Clerk of Court and was subsequently referred to United States Magistrate Judge Lisa Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report recommended that the Defendant's Motion for Summary Judgment be denied. No Objections were filed.

After review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 31st day of July, 2008:

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment is **DENIED**.

IT IS FURTHER ORDERED that the Report and Recommendation of Magistrate Judge Lenihan is adopted as the Opinion of the Court.

_____
Terrence F. McVerry
United States District Judge

cc: Jeffrey L. Suher, Esquire
Email: jsuherlaw@adelphia.net

C. Justin Conrad, Esquire
Email: conradcj@whiteandwilliams.com
Jason A. Archinaco, Esquire
Email: archinacoj@whiteandwilliams.com
Steven J. Forry, Esquire
Email: forrys@whiteandwilliams.com
Michael J. Dube, Esquire
Email: DubeM@WhiteandWilliams.com