## UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BRENNAN McNALLY,  :      Docket No. 2:06-cv-01104

    Plaintiff,  :

    v.  :

CLIENT SERVICES, INC.,  :

    Defendant.  :

### STIPULATION OF DISMISSAL

AND NOW, on this _____ day of September 2008, it is hereby agreed by and between Jeffrey L. Suher, attorney for Plaintiff Brennan McNally, and Michael Dube, attorney for Defendant Client Services, Inc., that the above captioned matter is dismissed with prejudice.

JEFFREY L. SUHER, P.C.

By: _____
    Jeffrey L. Suher
    *Attorney for Plaintiff*
    *Brennan McNally*

WHITE AND WILLIAMS LLP

By: _____
    Michael Dube
    *Attorney for Defendant*
    *Client Services, Inc.*